Decided January 29, 1996

## DARNELL TATEM *v.* COMMISSIONER OF CORRECTION

The petitioner Darnell Tatem's petition for certification for appeal from the Appellate Court, 39 Conn. App. 813 (AC 14236), is denied.

*Michael A. Rubino, Jr.*, special public defender, in support of the petition.

*Christopher T. Godialis*, deputy assistant state's attorney, in opposition.

Decided January 29, 1996